Rel: February 9, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0070

Jeri D. Lehman v. Deloris Miles (Appeal from Jefferson Circuit Court: CV-21-900469).

SC-2023-0103

Deloris Miles v. Jeri D. Lehman (Appeal from Jefferson Circuit Court: CV-21-900469).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.